UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

INSTITUTE FOR JUSTICE )
)
)
)
vs.                                    Plaintiff(s)    )    Case No. __18-cv-00934-D__
JOHN HAWKINS, Chairman of the Oklahoma Ethics Commission; KAREN )
LONG, Vice-Chairman of the Oklahoma Ethics Commission; HOLLY )
EASTERLING, Commissioner of the Oklahoma Ethics Commission; )
CHARLIE LASTER, Commissioner of the Oklahoma Ethics Commission; )
CATHY STOCKER, Commissioner of the Oklahoma Ethics Commission; )
ASHLEY KEMP, Executive Director of the Oklahoma Ethics Commission. )
Defendant(s)    )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.    Full name: __Adam Gabor Mehes__

2.    State bar membership number: __4951711 (NY)__

3.    Business address, telephone and fax numbers:

   Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017
   +1 212 450 4398 (tel)
   +1 212 701 5398 (fax)

4.    List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   State of New York; U.S. District Court, S.D. New York; U.S. Court of Appeals, Second Circuit

5.    Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes  ☑ No

6.    Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.    Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes  ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this __21__ day of __September, 2018__ .

005/rvsd 06-04                                      Signature of Applicant