# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-934-D |
| | ) |
| JOHN HAWKINS, Chairman of the Oklahoma Ethics Commission; KAREN LONG, Vice-Chairman of the Oklahoma Ethics Commission; HOLLY EASTERLING, Commissioner of the Oklahoma Ethics Commission; CHARLIE LASTER, Commissioner of the Oklahoma Ethics Commission; CATHY STOCKER, Commissioner of the Oklahoma Ethics Commission; ASHLEY KEMP, Executive Director of the Oklahoma Ethics Commission, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANTS

COME NOW the Defendants, John Hawkins, Karen Long, Holly Easterling, Charlie Laster, Cathy Stocker, and Ashley Kemp, through their attorney of record, request permission for Janis W. Preslar ("Preslar") to withdraw as Defendants' attorney of record in the above-captioned case. In support, Defendants state as follows:

1. Preslar is currently employed as General Counsel of the Oklahoma Ethics Commission and entered her appearance in this case on October 16, 2018 [Dkt. No. 20].

2. Preslar is leaving employment of the Oklahoma Ethics Commission, effective June 1, 2019.

1

3. Upon Preslar's withdrawal, the Oklahoma Ethics Commission will continue to be represented by Stephanie N. Black, who entered her appearance in this matter on April 9, 2019 [Dkt. 36].

4. Consequently, withdrawal of Preslar will not result in any delay in this case.

WHEREFORE, Defendants, John Hawkins, Karen Long, Holly Easterling, Charlie Laster, Cathy Stocker, and Ashley Kemp, request the Court enter an Order allowing Janis W. Preslar to withdraw as attorney of record for Defendants in this case. A proposed order granting the withdrawal will be submitted pursuant to the ECF Policy Manual.

    Respectfully submitted,

    s/ Janis W. Preslar
    _____
    Janis W. Preslar, OBA No. 12443
    Oklahoma Ethics Commission
    2300 N. Lincoln Blvd., Room G-27
    Oklahoma City, OK 73105
    (405) 521-3451
    Facsimile: (405) 521-4905
    jan.preslar@ethics.ok.gov
    ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2019, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                                s/ Janis W. Preslar
                                                _____