# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-934-D |
| | ) |
| JOHN HAWKINS, Chairman of the Oklahoma Ethics Commission; KAREN LONG, Vice-Chairman of the Oklahoma Ethics Commission; HOLLY EASTERLING, Commissioner of the Oklahoma Ethics Commission; CHARLIE LASTER, Commissioner of the Oklahoma Ethics Commission; CATHY STOCKER, Commissioner of the Oklahoma Ethics Commission; ASHLEY KEMP, Executive Director of the Oklahoma Ethics Commission, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants' Motion for Leave to Withdraw as Attorney [Doc. No. 37] is granted for good cause shown. Janis W. Preslar is hereby withdrawn as attorney of record for Defendants. Defendants shall continue to be represented by Stephanie N. Black.

**IT IS SO ORDERED** this 3rd day of June, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE